■ ALEX LEONETTI, an Infant, by His Mother and Natural Guardian, MARIE LEONETTI, Appellant, v HASI DAS et al., Respondents. [681 NYS2d 284] —Order, Supreme Court, New York County (William Davis, J.), entered June 9, 1997, which, in an action for medical malpractice, denied plaintiff's motion to serve a late notice of claim, unanimously affirmed, without costs.

The motion was properly denied because the medical records in defendant's possession did not give it notice of the facts constituting plaintiff's claim, and the nearly 10-year delay in serving a notice of claim was not attributable to plaintiff's infancy and has prejudiced defendant's ability to investigate the claim and defend the action (see, *Matter of Matarrese v New York City Health & Hosps. Corp.*, 215 AD2d 7, *lv denied* 87 NY2d 810). Concur—Sullivan, J. P., Milonas, Wallach, Williams and Mazzarelli, JJ.